UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZBETH LUZ ROSALES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. et al.,<br><br>Defendants. | Case No. 21-cv-00261-EMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER**<br><br>Docket No. 108 |

Before the Court is the Government's Motion to Dismiss or Alternatively to Transfer (Docket No. 108) in which the Government argues that venue in the U.S. District Court for the Northern District of California is not proper under 28 U.S.C. § 1391(e)(1)(C). Mot. at 8-10. In their Opposition brief (Docket No. 119), Plaintiffs concede that venue is no longer proper in this district, and they request that the Court transfer the instant case to the U.S. District Court for the District of Columbia. Opp. at 7-9. Accordingly, the Court **GRANTS** the Government's Motion to Transfer and transfers the instant case to the U.S. District Court for the District of Columbia. The Court will not rule on Plaintiffs' pending motions for Class Certification and Preliminary Injunctive Relief because proper venue is a threshold requirement for the Court to rule on the merits of those two motions.

This order disposes of Docket No. 108.

**IT IS SO ORDERED**.

Dated: July 13, 2021

_____
EDWARD M. CHEN
United States District Judge